UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-391-MOC

| | | |
|---|---|---|
| **NAGASAIGOUTHAM INAMANAMELLURI**, | ) | |
| | ) | |
| Plaintiff, pro se, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO, N.A., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on various motions filed by pro se Plaintiff Nagasaigoutham Inamanamelluri. (Doc. Nos. 35, 36, 37, 39).

First, the motion for an extension of time to respond to the motion to dismiss (Doc. Nos. 36) is **GRANTED**, and Plaintiff shall have an additional 20 days from entry of this Order in which to file a response.

Next, as for Plaintiff's Motion for Relief from Order of Extension of Time for Defendants, (Doc. Nos. 35, 37), the motion is **DENIED**.

Finally, as for Plaintiff's Motion for Judge to Certify Forms, Plaintiff appears to be complaining that he has asked for various documents and discovery and that Defendants refuse comply with his requests. Discovery in this matter has not commenced and will not commence until a pretrial case management order has been entered. Therefore, Plaintiff's Motion for Judge to Certify Forms (Doc. No. 39) is **DENIED**.

Signed: October 18, 2023

Max O. Cogburn Jr
United States District Judge